UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, *et al.*,<br>Petitioners,<br><br>-v-<br><br>STATEWIDE CONSTRUCTION SERVICES.,<br>Respondent. | 26-CV-5521 (JPO)<br><br><u>ORDER</u> |

J. PAUL OETKEN, District Judge:

Petitioners filed a petition to confirm an arbitration award on June 29, 2026. (ECF No. 1.) The docket indicates that Respondent was served with the petition on July 2, 2026. (ECF No. 7.) Respondent has not filed an appearance or responded to the petition. It is therefore in default. The underlying arbitration award appears to be valid under the applicable law.

Accordingly, the petition to confirm arbitration is hereby GRANTED. Judgment shall be entered in favor of Petitioners and against Respondent in the amount of $84,949.94 in benefits made payable to the "PIIAF," and $33,000.00 in fines and liquidated damages made payable to the "Joint Board of the Painting & Decorating Industry."

The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: September 9, 2026
New York, New York

J. PAUL OETKEN
United States District Judge