UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, ET AL.,

Petitioners,

-against-

STATEWIDE CONSTRUCTION SERVICES,

Respondent.

26 CIVIL 5521 (JAP)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 9, 2026, the petition to confirm arbitration is hereby GRANTED. Judgment is hereby entered in favor of Petitioners and against Respondent in the amount of $84,949.94 in benefits made payable to the “PIIAF,” and $33,000.00 in fines and liquidated damages made payable to the “Joint Board of the Painting & Decorating Industry.”; accordingly, the case is closed.

**Dated:** New York, New York
September 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nesom Duld
**Deputy Clerk**